PER CURIAM.
Affirmed. See Patterson v. State, 197 So.3d 560 (Fla. 2d DCA 2016) (table decision); McDonald v. State, 133 So.3d 530 (Fla. 2d DCA 2013); Doby v. State, 25 So.3d 598 (Fla. 2d DCA 2009); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 777 So.2d 994 (Fla. 2d DCA 2000); Patterson v. Crosby, No. 8:03-CV-411-T-17TBM, 2005 WL 1705502 (M.D. Fla. July 19, 2005).
NORTHCUTT, KHOUZAM, and LUCAS, JJ„ Concur. .-